1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   CATHLEEN PENNEY
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  JENNIFER ROSAS

9

10
                   IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,      ) No. Mag. 09-326-DAD
15                                 )
             Plaintiff,            )
16                                 ) STIPULATION AND ORDER TO CONTINUE
        v.                         ) COURT TRIAL
17                                 )
   JENNIFER ROSAS,                 )
18                                 ) Date: December 23, 2009
             Defendant.            ) Time: 10:00 a.m.
19                                 ) Judge: Hon. Dale A. Drozd
   _____   )
20

21

22       The United States of America, through MATTHEW C. STEGMAN,

23  Assistant United States Attorney, together with defendant, JENNIFER

24  ROSAS, by Assistant Federal Defender, LAUREN CUSICK, Office Of The

25  Federal Defender, stipulate to continue the court trial set for

26  Wednesday, December 23, 2009 at 10:00 a.m. to Wednesday February 17,

27  2010 at 10:00 a.m.

28  ///

```
Dated:   December 15, 2009
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                          /s/ Lauren Cusick
                                        LAUREN CUSICK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JENNIFER ROSAS

Dated:   December 15, 2009
                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Matthew Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

DATED: December 16, 2009.

```
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE
```

Ddad1/orders.criminal/rosas0326.stipord

Stipulation to Continue Court Trial -2-