DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
CODY DRABBLE
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JENNIFER ROSAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 09 - 326 - DAD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | COURT TRIAL |
| ) | |
| JENNIFER ROSAS, ) | |
| ) | Date:  Feb. 17, 2010 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Dale A. Drozd |
| _____ ) | |

The United States of America, through MATTHEW STEGMAN, Assistant United States Attorney, together with defendant, JENNIFER ROSAS, by Assistant Federal Defender, LAUREN CUSICK, Office of the Federal Defender, stipulate to vacate the court trial set for February 17, 2010 and reset for a court trial on March 10, 2010, at 9:00 a.m.

///

///

///

///

///

///

1

1  The continuance is requested because the parties are continuing to negotiate a disposition in this matter.

Dated:  February 16, 2010

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender


                                              /s/ Lauren Cusick
                                              LAUREN CUSICK
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              JENNIFER ROSAS

Dated:  February 16, 2010                         BENJAMIN WAGNER
                                              United States Attorney


                                              /s/ Matthew Stegman
                                              MATTHEW STEGMAN
                                              Assistant U.S. Attorney


## ORDER

The court trial is continued from February 17, 2010, at 10:00 a.m., to March 10, 2010, at 9:00 a.m.

       IT IS SO ORDERED.

DATED: February 16, 2010.

                                              _____
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/rosas0326.stipord(2)